1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   FRANCES S. LEWIS (Cal. Bar No. 291055)
4  Assistant United States Attorneys
   General Crimes Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4850
7       Facsimile: (213) 894-6269
        E-mail:    frances.lewis@usdoj.gov
8

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,          No. ED CR 17-2-JGB
13
            Plaintiff,                ORDER AND FINDINGS
14                                    REGARDING POTENTIAL CONFLICT OF
                 v.                   INTEREST
15
   ANTHONY BINGHAM,
16
            Defendant.
17

18

19      The Court has read and considered the Stipulation Re: Potential

20 Conflict of Interest and the Conflict Waiver signed by both Anthony

21 Bingham and his counsel of record, Miles Clark, III.  The Court

22 hereby finds that the Stipulation, which this Court incorporates by

23 reference into this Order, demonstrates facts that support a finding

24 that Miles Clark's representation of defendant in this case and

25 Joseph Damon Denham in United States v. Walter Lee Nichols and Joseph

26 Damon Denham, Case No. CR 16-130-VAP (C.D. Cal.) does not create an

27 actual conflict of interest with respect to defendant.

28

1    The Court further finds that: (i) defendant has been adequately

2  informed of his right to conflict-free assistance of counsel, the

3  nature of the potential conflict related to his present counsel's

4  representation of defendant and Mr. Denham, and the risks associated

5  with continuing to be represented by his current counsel; (ii)

6  defendant knowingly, voluntarily, and freely waives any actual or

7  potential conflict arising from Mr. Clark's representation of

8  defendant and Mr. Denham, and (iii) defendant understands the risks

9  associated with this decision and makes his waiver with full

10  knowledge of those risks, whether expressly stated or otherwise.

11    THEREFORE, FOR GOOD CAUSE SHOWN:

12    1.   The Court accepts the conflict waiver signed by defendant.

13

14

15

16   IT IS SO ORDERED.

17    February 28, 2017

18   DATE                              HONORABLE JESUS G. BERNAL
                                       UNITED STATES DISTRICT JUDGE
19

20
   Presented by:
21

22  /s Frances S. Lewis
    FRANCES S. LEWIS
23   Assistant U.S. Attorney

24

25

26

27

28

                                    2